RECEIVED

AUG 1 7 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

PD-1073-15

Appellate No 02-14-00193-CR

Gerald Desmond Griffen

v

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

State of Texas

In The Court of

No.4 of Tarrant County

(1360873 D) COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta Clerk

## Motion To File out Of Time PDR
## Petition For Discretionary Review / Motion To Extend
## Time to File

To The Honorable Justice of Said Court: Justice Gabriel

Now Comes Gerald Desmond Griffen Appellant in The Above Style and Number Cause, and moves This Court To Grant Motion To File out of Time and Motion To extend Time to File. (Pursuant To Rule 68.2) Texas Rule of Appellate Procedures and For Good Cause Shows The Following:

1. The Court of Second District of Texas Fort Worth of Appeals delivered an Opinion on June 18, 2015 affirming The Judgement of The Trail Court. Appellant Cause No. 02-14-00193-CR.

2. No Motion For Rehearing was filed

3. Appellant's Petition P. D. Review is Presently due on July 18, 2015 However, Appellant did not Recieved Notice of Appellants Court decision in Time allow him to Prepare the Petition before The deadline.

4. Attorney Notification was Recieved on June 25, 2015 Shortage of Notification Renders adequate Resource

5. Appellant has Sent a Request To The District Clerk for The Court Charge, Since their is an issue in an Abstract instruction. Petitioner awaits their Response upon Sending Raw Material To inclose as exhibit (1).

6. Appellant is currently incarcerated

7. No extension has Previous been Filed.

8. Appellant Request a full 30 days from Present date (ie) August 6, 2015 - September 4, 2015

Wherefore, Promises Considered, Appellant Prays That these Motions shall be Granted and for Such other Future Relief as The Court May deem appropriate:

Respectfully Submitted,

X Gerald Griffin
Gerald Griffin    TDCJ# 1927774
EAST Ham Unit 2665 Prison Rd #1
Cleveland Tx 75851

Certificate of Service

This is to Certify that on August 6, 2015, A True And Correct Copy of The Above and Foregoing document was mailed To 2nd Court of Criminal Appeals.

X Gerald Griffin

LEIGH WARREN DAVIS
ATTORNEY AND COUNSELOR AT LAW
1901 CENTRAL DRIVE SUITE 708
BEDFORD TX 76021

PS Form 3800 6/02

## CERTIFIED MAIL

9414 8118 9956 2130 1434 72

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
6/25/2015 5:21:47 PM
DEBRA SPISAK
Clerk

**RETURN RECEIPT REQUESTED**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ( ☐ Addressee or ☐ Agent)

X

B. Received By: (Please Print Clearly)
Lisa Womack

C. Date of Delivery
6-22-15

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

City                State      ZIP + 4 Code

Article Addressed To:

Gerald Griffin
TDCJ 1927774
Eastham Unit
2665 Prison Road #1
Lovelady TX 75851

The mandate issued on 8/13/15.

The Rule 48.4 compliance letter was received at the Eastham Unit on 6/22/15. (see attached copies)

K. Brown

ACCEPTED
02-14-00193-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
6/25/2015 5:21:47 PM
DEBRA SPISAK
CLERK

# LEIGH WARREN DAVIS

ATTORNEY AND COUNSELOR AT LAW
1901 CENTRAL DRIVE
SUITE 708 LB57
BEDFORD, TEXAS 76021
817.868.9500
817.887.2401 (FAX)
LEIGHWDAVIS@GMAIL.COM

BOARD CERTIFIED—CRIMINAL LAW
BOARD CERTIFIED—CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

6/25/2015 5:21:47 PM

DEBRA SPISAK
Clerk

June 19, 2015

Gerald Desmond Griffin
TDCJ 01927774
Eastham Unit
2665 Prison Road #1
Lovelady, TX 75851

RE:    Appeal Opinion

*Via U.S.P.S. Certified Mail, return receipt requested*

Dear Mr. Griffin:

Pursuant to Texas Rule of Appellate Procedure 48.4, please find enclosed a copy of the Court of Appeals opinion in your case. The Court of Appeals has affirmed the trial court's decision in your case.

Please note that you have the right to file a petition for discretionary review with the Texas Court of Criminal Appeals. Any petition for discretionary review must be filed within thirty (30) days of the Court of Appeals' opinion in this case. The Petition for Discretionary Review must be filed in the Court of Criminal Appeals. Any motion to extend time to file a petition for discretionary review must be filed within fifteen (15) days of the last day for the filing of a petition for discretionary review.

Do not hesitate to contact me should you have any questions or require additional information.

Yours Very Truly,

(Mr.) Leigh W. Davis

enclosure

Gerald Griffin, TDCJ # 1927774
Eastham Unit
2665 Prison Rd #1
Lovelady, TX 75851

**RECEIVED**

**AUG 17 2015**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

LEGAL MAIL

76196

NORTH TEXAS TX PDC
DALLAS TX 750
13 AUG 2015 PM 4 L

Court Of Appeals
Second District of Texas
401 W. Belknap, Suite 9000
Fort Worth, TX 76196

